# UNITED STATES DISTRICT COURT

MIDDLE District of TENNESSEE

UNITED STATES OF AMERICA
**V.**

DARNELL O. WILLIAMS

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)

Case Number: 3:08-00034
USM Number: 17974-056

Jude Lenahan
Defendant's Attorney

**THE DEFENDANT:**

X admitted guilt to violation of condition(s)  One (1) through five (5)  of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | The Defendant shall not commit another federal, state, or local crime | 5/9/13 |
| 2 | The Defendant shall notify the Probation Officer within seventy-two (72) hours of being arrested or questioned by a law enforcement officer | 10/31/12 |
| 3 | The Defendant shall report to the Probation Officer and shall submit a truthful and complete written report within the first five days of each month | 11/2012 |
| 4 | The Defendant shall participate in a program of drug testing and substance abuse treatment | 12/5/12 |
| 5 | The Defendant shall reside in a residential Reentry Center (RRC) for up to 180 days as directed by the United States Probation Officer | 1/2/13 |

The defendant is sentenced as provided in pages 1 and 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.  1256

Defendant's Year of Birth:  1977

City and State of Defendant's Residence:
  Custody

December 5, 2013
Date of Imposition of Judgment

*Todd Campbell*
Signature of Judge

Todd J. Campbell, United States District Judge
Name and Title of Judge

December 5, 2013
Date

DEFENDANT: DARNELL O. WILLIAMS  
CASE NUMBER: 3:08-00034  

Judgment — Page 2 of 2

# IMPRISONMENT

The Defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: __ten (10) months__

No period of Supervised Release is imposed.

__X__ The Court makes the following recommendations to the Bureau of Prisons:

1. Credit for time served in Federal custody.

__X__ The Defendant is remanded to the custody of the United States Marshal.

____ The Defendant shall surrender to the United States Marshal for this District:

____ at _____ p.m. on _____

____ as notified by the United States Marshal.

____ The Defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons.

____ before 2 p.m. on _____

____ as notified by the United States Marshal.

____ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this Judgment as follows:

_____
_____
_____

Defendant delivered on _____ to _____  
a _____ with a certified copy of this Judgment.

_____  
United States Marshal

By: _____  
Deputy United States Marshal